# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **PEGGY RANDALL,**<br><br>　　　Plaintiff,<br><br>v.<br><br>**W & S FUNDS, LLC d/b/a PLATINUM VENTURE, ELIZABETH CRUIKSHAN, and CRUIKSHANK ERIN LLC.**,<br><br>　　　Defendants. | Civil Action No. 7:20-CV-211 (HL) |

## ORDER

Plaintiff Peggy Randall filed this pro se petition for a permanent injunction on October 21, 2020, alleging that Defendants W&S Funds, LLC, Elizabeth Cruikshank, and Cruikshank LLC improperly filed a foreclosure action on her property. Plaintiff filed a motion to proceed *in forma pauperis* and a motion for a preliminary injunction, both of which were denied by the Court on October 6, 2021. Plaintiff then filed an Amended Complaint with the Court on March 15, 2021, and a motion to set aside the reverse foreclosure sale and eviction on November 16, 2021.

The Court sent Plaintiff Rule 4 service information package in October 2021. She subsequently filed another motion but did not serve any defendants. Noting that Plaintiff had not yet served Defendants with a copy of the Summons and Complaint, on May 2, 2022, the Court issued an Order for Plaintiff to show cause

why her case should not be dismissed for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 17). The mail was returned on May 16, 2022 as undeliverable and Plaintiff has not responded to the Court's May 2 order. Plaintiff has not updated her contact information with the Court. Litigants must provide a name, telephone number, and mailing address to the Court and have a duty to keep that contact information up to date. Having failed to serve Defendants or to respond to the Court's Order, and having otherwise failed to communicate with the Court, the Court **DISMISSES** this action **without prejudice.** Fed. R. Civ. P. 41(b).

    **SO ORDERED** this 31st day of May, 2022.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**