IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PEGGY RANDALL, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-CV-211(HL) |
| | * |
| W & S FUNDS, LLC d/b/a PLATINUM VENTURE, ELIZABETH CRUIKSHANK, and CRUIKSHANK ERIN, LLC., | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 31, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 31st day of May, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk